# United States District Court
# Northern District of Illinois

In the Matter of

Healthcare Branding Group, Inc.

v.

Magnet Communications, LLC

J. St. Eve

**DOCKETED**
AUG 0 6 2004

Case No. 04 C 4836

Designated Magistrate Judge
Geraldine Soat Brown

**FINDING OF RELATEDNESS PURSUANT TO
LOCAL RULE 40.4**

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Suzanne B. Conlon** to be related to **04 C 4630** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Amy J. St. Eve

Dated: August 4, 2004

---

**ORDER OF THE EXECUTIVE COMMITTEE**

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Amy J. St. Eve**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Charles P. Kocoras

Dated: AUG - 5 2004

Finding of Relatedness (Rev. 9/99)